**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUFINO FLORES-VELASQUEZ, | No. 05-76017 |
| Petitioner, | |
| v. | Agency No. A038-085-975 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 23, 2010[**]

Before:      LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Rufino Flores-Velasquez, a native and citizen of El Salvador, petitions pro

se for review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C. § 1252.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

We review de novo questions of law, *Montes-Lopez v. Gonzales*, 486 F.3d 1163, 1165 (9th Cir. 2007), and we deny the petition for review.

Flores-Velasquez does not challenge the agency's determination that he is removable under 8 U.S.C. § 1227(a)(2)(A)(iii) based on his 1995 conviction for lewd or lascivious acts with a child under 14 years of age in violation of California Penal Code § 288(a).

Contrary to Flores-Velasquez's contention, he is ineligible for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), because his ground of removability lacks a statutory counterpart in a ground of inadmissibility. *See* 8 C.F.R. § 1212.3(f)(5); *see also Abebe v. Mukasey*, 554 F.3d 1203, 1207 & 1208 n.7 (9th Cir. 2009) (en banc).

**PETITION FOR REVIEW DENIED.**